# Order

**Michigan Supreme Court**
**Lansing, Michigan**

October 31, 2006

130829
(25)

Clifford W. Taylor,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
Justices

PATRICIA MILLER, Personal
Representative of the Estate of
William Miller, deceased, and
Patricia Miller, Individually,
         Plaintiff-Appellee,

v

BOTSFORD HOSPITAL, HARRIS
MAINSTER, D.O., P.C., and
HARRIS MAINSTER, D.O.,
         Defendants-Appellants.

SC: 130829
COA: 265980
Oakland CC: 03-046871-NH

_____/

      On order of the Court, the motion for reconsideration of this Court's order of July 31, 2006 is considered, and it is DENIED, because it does not appear that the order was entered erroneously.



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

October 31, 2006                                                          

Clerk

11023